UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARLEEN C. URBANEK,

      Plaintiff,

v.

      Case No.: 06-14323
      Hon. Robert H. Cleland
      Magistrate Judge Donald A. Scheer

KELLY SERVICES, INC.,

      Defendant.

| CHARLES GOTTLIEB (P14221)<br>Gottlieb and Goren, PC<br>Attorneys for Plaintiff<br>30150 Telegraph Road, Suite 249<br>Bingham Farms, Michigan 48025-4480<br>(248) 593-0090 | MICHELLE J. LEBEAU (P51440)<br>MARTIN C. BROOK (P55946)<br>Cattel, Tuyn & Rudzewicz, PLLC<br>Attorneys for Defendant<br>33 Bloomfield Hills Parkway, Suite 120<br>Bloomfield Hills, Michigan 48304<br>(248) 593-6400 |
|---|---|

### STIPULATED ORDER OF DISMISSAL

At a session of said Court, held in the
U.S District Court, Eastern District of Michigan
Southern Division
on: February 27, 2007
PRESENT:  HON. Robert H. Cleland
U.S. District Court Judge

    Upon stipulation of the parties;

    IT IS HEREBY ORDERED that the above-entitled case is dismissed with prejudice and without fees or costs to any party. This is a final order which disposes of all claims in this case.  Any claim by Ms. Urbanek for disability benefits beyond January 31, 2007, will be administered by the parties according to the terms of the applicable benefit plan document and the Employee Retirement

Income Security Act ("ERISA").

                                          s/Robert H. Cleland
                                          Hon. Robert H. Cleland
                                          United States District Judge

I hereby stipulate to entry of this
Order of Dismissal with Prejudice
and Without Fees or Costs:

| s/Charles Gottlieb | s/Martin C. Brook |
|---|---|
| Charles Gottlieb | Martin C. Brook |
| Attorney for Plaintiff | Attorneys for Defendant |
| Gottlieb and Goren, PC | Cattel, Tuyn, & Rudzewicz, PLLC |
| 30150 Telegraph Road, Suite 249 | 33 Bloomfield Hills Parkway, Suite 120 |
| Bingham Farms, Michigan 48025-4480 | Bloomfield Hills, MI  48304 |
| (248) 593-0090 | (248) 593-6400 |
| (P14221) | mbrook@catteltuyn.com |
|  | (P55946) |